UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Markos N. Pappas

   v.                                          Civil No. 18-cv-1110-LM

Robert Hazelwood, Warden

**REPORT AND RECOMMENDATION**

Petitioner Markos Pappas initiated this case by filing a petition for a writ of habeas corpus (Doc. No. 1), pursuant to 28 U.S.C. § 2241, while he was an inmate at the Federal Correctional Institution in Berlin, New Hampshire ("FCI-Berlin"). Pappas subsequently filed a motion to amend his petition (Doc. No. 3), a motion for a hearing on bail (Doc. No. 4), and two supplements (Doc. Nos. 5, 6) to his petition. Pappas last filed a document in this case on March 19, 2019.

On April 9, 2019, Pappas called the clerk's office stating that he had been released from incarceration and that he therefore intended to voluntarily dismiss this case, and would file a notice to that effect. When Pappas did not file a notice of voluntary dismissal, the court issued an Order directing Pappas to provide the court with an updated mailing address if he seeks to continue to prosecute this action. See June 17,

2019 Order (Doc. No. 7) ("June 17 Order").  That Order also warned Pappas that his failure to respond could result in the dismissal of this case.¹  Pappas has not filed a notice of voluntary dismissal, provided the court with an updated address since being released from prison, or otherwise responded to the June 17 Order.

"A district court, as part of its inherent power to manage its own docket, may dismiss a case for any of the reasons prescribed in Federal Rule of Civil Procedure 41(b) . . ." Torres-Álamo v. Puerto Rico, 502 F.3d 20, 25 (1st Cir. 2007)). Rule 41(b) lists, among other things, a plaintiff's failure to prosecute as a basis for dismissal.  See Fed. R. Civ. P. 41(b). The record in this case reflects Pappas's intent to abandon this matter, and the district judge should dismiss this case without prejudice, for failure to prosecute, and terminate the pending motions to amend the petition (Doc. No. 3) and for a bail hearing (Doc. No. 4).

---

¹Pappas's copy of the court's June 17, 2019 Order was mailed to the prison, as Pappas has not provided the court with an updated mailing address, and was returned to the court undelivered.  A party appearing before the court "is under a continuing duty to notify the clerk's office of any change of address and telephone number.  Counsel or pro se parties who fail to provide the clerk's office with their current address in accordance with this rule are not entitled to notice."  LR 83.6(e).

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016); Fed. R. Civ. P. 72(b)(2).

_____
Andrea K. Johnstone
United States Magistrate Judge

August 13, 2019

cc:   Markos N. Pappas, pro se